# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Charles Russell,

                Plaintiff,

                                    **Civil File No. 03-4889 PAM/SRN**

vs.

Hennepin County; and Sheriff Patrick D.         **AFFIDAVIT OF**
McGowan, Chief Deputy Michele Smolley,    **INSPECTOR THOMAS MERKEL**
Inspector Thomas Merkel, and Former
Inspector Richard Estensen, officially and
individually,

                Defendants.

---

STATE OF MINNESOTA   )
                                ) ss.
COUNTY OF HENNEPIN   )

    Thomas Merkel, after being duly sworn, states as follows:

    1.    I am presently employed by Hennepin County as an Inspector in the Hennepin County Sheriff's Office.

    2.    My first day of employment with Hennepin County was July 9, 2001.

    FURTHER AFFIANT SAYETH NOT.

                                                                   s/Thomas Merkel
                                                                   THOMAS MERKEL

Subscribed and sworn to before me
this 11th day of August, 2004.

s/Jacqueline L. Schultz
Notary Public